441 A.2d 764

Commonwealth v. Cole, Appellant.

Submitted September 11, 1980. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

441 A.2d 764

Commonwealth v. Consentino, Appellant.

Submitted October 5, 1981. Herbert V. Giobbi, for appellant; Donald Corriere, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.